615 A.2d 1298

COMMONWEALTH of Pennsylvania, Appellant

v.

Leonard CUMMINGS.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1991.

Decided Oct. 28, 1992.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Helen Hane, Philadelphia, for appellant.

James A. Lineberger, Philadelphia, for appellee.

Peter Rosalsky, Philadelphia, for amicus curiae-Defender Assoc. of Phila., et al.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the decision of this case.

LARSEN and CAPPY, JJ., dissent.